# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                         Case No. 3:13MJ036

    -vs-                              Magistrate Judge Sharon L. Ovington

LARRY HARRIS,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on February 13, 2013. At that time, Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

February 13, 2013                              <u>s/ Sharon L. Ovington</u>
                                                      Sharon L. Ovington
                                         United States Magistrate Judge