IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.: MJ-3-13-036 |
| -Vs- | : | |
| | : | |
| HARRIS, Larry | | |
| Defendant. | | |

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The Court ORDERS the conditions of release filed in this case on February 13, 2013, be modified to include the following condition: *Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.*

SO ORDERED.

3-25-13
Date

Honorable Sharon L. Ovington
United States District Court Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office

rev. (06-08-98)